SCOTT J. FERRELL, Bar No. 202091
SCOT D. WILSON, Bar No. 223367
CALL, JENSEN & FERRELL
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel:  (949) 717-3000
Fax: (949) 717-3100
sferrell@calljensen.com
swilson@calljensen.com

Attorneys for Defendant
Garmin International, Inc.

E-FILED 07/16/09
1 DEFT ONLY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

KAPA INVESTMENTS, a California corporation,

Plaintiff,

vs.

CIRRUS DESIGN CORPORATION; TELEDYNE CONTINENTAL MOTORS; GARMIN INTERNATIONAL; L-3 COMMUNICATIONS AVIONICS; STEC, INC.; and DOES 1 through 20, inclusive,

Defendants.

Case No.  CV08-8446 PSG (JCx)

[~~PROPOSED~~] JUDGMENT

Complaint Filed:   November 25, 2008
Trial Date:          October 27, 2009

This action came on for hearing on July 6, 2009, before the Honorable Philip S. Gutierrez, United States District Court Judge, on Defendant Garmin International, Inc.'s ("Garmin") motion for summary judgment or, in the alternative, partial summary judgment pursuant to Fed. R. Civ. P. 56, and the evidence presented having been duly heard and a decision having been duly rendered. *See* Document 95 (07/08/2009 Order Granting Motion for Summary Judgment).

/ / /

1   **IT IS ORDERED AND ADJUDGED** that Plaintiff Kapa Investment

2   ("Plaintiff") take nothing from Garmin in this action, that judgment be entered in favor

3   of Garmin and against Plaintiff, and that Garmin shall recover from Plaintiff its costs

4   which will be determined at a later date.

5

6   DATED: _____7/16/09_____        PHILIP S. GUTIERREZ

7                                  THE HONORABLE PHILIP S. GUTIERREZ
                                   United States District Court Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CALL, JENSEN &
FERRELL
A PROFESSIONAL
CORPORATION

GAR08-06:525554_1:7-14-09                - 2 -
                        [PROPOSED] JUDGMENT