E-FILED 10-29-09

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KAPA INVESTMENT, a California corporation,**<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>**CIRRUS DESIGN CORPORATION; TELEDYNE CONTINENTAL MOTORS; GARMIN INTERNATIONAL; L-3 COMMUNICATIONS AVIONICS; STEC, INC.; AVIDYNE CORPORATION; and DOES 1 through 20, inclusive,**<br><br>　　　　　Defendants. | CASE NO. CV 08-8446 PSG (JCx)<br>Hon. Philip S. Gutierrez, Judge<br><br>ORDER DISMISSING COMPLAINT AS TO DEFENDANTS L-3 COMMUNICATIONS AVIONICS SYSTEMS, INC, S-TEC CORPORATION AND AVIDYNE-CORPORATION, ONLY<br>[FRCP RULE 41(a)(2)]<br><br>Action filed: 11/25/2008<br>Motion Cutoff: 8/27/2009<br>Final Pretrial Conf.: 10/19/2009<br>Trial: 11/3/2009 |

　　The court having read and approved the concurrently filed stipulation for dismissal of the Complaint pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, as to defendants L-3 Communications Avionics Systems, Inc., S-TEC Corporation and Avidyne Corporation, only,

　　**IT IS ORDERED** that the Complaint is dismissed with prejudice as to defendants L-3 Communications Avionics Systems, Inc., S-TEC Corporation and Avidyne Corporation, only. The Complaint otherwise shall remain in full force and effect, and S-TEC Corporation's Cross-Complaint shall remain in full force and effect.

**DATED:** 10/29/09

**PHILIP S. GUTIERREZ**
**Philip S. Gutierrez**
**Judge, United State District Court**