E-FILED 11-18-09
JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAPA INVESTMENT, a California corporation, | Case No.: CV08-8446 PSG (JCx) |
| Plaintiff, | JUDGMENT **[PROPOSED]** |
| v. | |
| CIRRUS DESIGN CORPORATION; TELEDYNE CONTINENTAL MOTORS; GARMIN INTERNATIONAL; L-3 COMMUNICATIONS AVIONICS; STEC, INC.; and DOES 1 through 20, inclusive, | |
| Defendants. | |

This action was tried by a jury, Judge Philip S. Gutierrez presiding, and the jury has rendered a verdict in favor of defendants Teledyne Continental Motors, Inc. and Cirrus Design Corporation.

It is ordered that:

(1)     Plaintiff Kapa Investment recover nothing and that the action be dismissed on the merits;

(2)     Defendant Teledyne Continental Motors, Inc. shall recover from Plaintiff Kapa Investment costs of suit as a prevailing party pursuant to F.R.C.P. 54,

1  Local Rule 54-3 and 28 U.S.C. § 1920 in the sum of

2  $_____; and

3      (3)    Defendant Cirrus Design Corporation shall recover from Plaintiff

4  Kapa Investment costs of suit as a prevailing party pursuant to F.R.C.P. 54, Local

5  Rule 54-3 and 28 U.S.C. § 1920 in the sum of $_____.

6

7  DATED: November ___18___, 2009

8

**PHILIP S. GUTIERREZ**

9

UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28